Susan Marks (#032087)
Susan Marks & Advocates, PLLC
3260 N. Hayden Road, Suite 210
Scottsdale, AZ  85251
480-459-2403
480-567-0226 (facsimile)
susan@susanmarks-advocates.com
Attorney for Plaintiff

Patricia E. Ronan (#029009)
Patricia E. Ronan Law, LLC
PO Box 55341
Phoenix, AZ 85078-5341
619-458-2505
patricia@ronanesq.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Stewart, for herself and as next friend of J.S., a minor,<br><br>                              Plaintiff,<br><br>    v.<br><br>Pamela Schiele, DBA "Quality Interactive Montessori" and DBA "Quality Interactive Preschool",<br><br>                              Defendant. | NO. 2:19-cv-03113-SMB<br><br>**Notice of Settlement** |

    Notice is hereby given that the Parties have reached agreement on the terms of settlement for the above-captioned matter and are finalizing a Settlement Agreement.  The Parties will be filing a Joint Stipulation for Dismissal with Prejudice and corresponding Order once the finalized Settlement Agreement is executed.

Respectfully submitted this 30th day of January 2020.

                                               By: _s/ *Susan Marks*_____

Susan Marks
**Susan Marks & Advocates, PLLC**
*Attorney for Plaintiff*

By: s/ *Patricia E. Ronan*
Patricia E. Ronan
**Patricia E. Ronan Law, LLC**
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael A. Ludwig (mludwig@jshfirm.com)
Ravi V. Patel (rpatel@jshfirm.com)
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004
Attorneys for Defendant Pamela Schiele, DBA "Quality Interactive Montessori"
and DBA "Quality Interactive Preschool"

/s/ *Susan Marks*