1  Michael A. Ludwig, Bar #015481
   Ravi V. Patel, Bar #030184
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-1700
4  Fax: (602) 200-7844
   mludwig@jshfirm.com
5  rpatel@jshfirm.com

6  Attorneys for Defendant Pamela Schiele,
   DBA "Quality Interactive Montessori and
7  DBA "Quality Interactive Preschool"

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Stewart, for herself and as next friend of J.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>Pamela Schiele, DBA "Quality Interactive Montessori" and DBA "Quality Interactive Preschool",<br><br>Defendant. | NO. 2:19-cv-03113-SMB<br><br>**Stipulation to Dismiss with Prejudice**<br><br>**(Assigned to the Honorable Susan M. Brnovich)** |

The undersigned parties stipulate and agree that the above-captioned matter can be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

8290537.1

DATED this 10th day of March 2020.

                    JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Ravi V. Patel*
    Ravi V. Patel
    Michael A. Ludwig
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendant Pamela Schiele,
    DBA "Quality Interactive Montessori" and
    DBA "Quality Interactive Preschool"


SUSAN MARKS & ADVOCATES, PLLC


By */s/ Susan Marks (w/permission)*
    Susan Marks
    3260 N. Hayden Road, Suite 2010
    Scottsdale, AZ 85251
    Attorneys for Plaintiffs Katherine Stewart, for herself and as next friend of J.S., a minor


PATRICIA E. RONAN LAW, LLC


By /s/ *Patricia E. Ronan (w/permission)*
    Patricia E. Ronan
    P.O. Box 55341
    Phoenix, AZ 85078
    Attorneys for Plaintiffs Katherine Stewart, for herself and as next friend of J.S., a minor

8290537.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Lorraine Marques*

8290537.1

3