1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Katherine Stewart, for herself and as next friend of J.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>Pamela Schiele, DBA "Quality Interactive Montessori" and DBA "Quality Interactive Preschool",<br><br>Defendant. | NO. 2:19-cv-03113-SMB<br><br>**[Proposed] Order Granting Stipulation to Dismiss**<br><br>**(Assigned to the Honorable Susan M. Brnovich)** |

Having reviewed the parties' Stipulation for Dismissal with Prejudice and for good cause appearing therefore;

IT IS HEREBY ORDERED dismissing this matter with prejudice with all parties to bear their own attorney's fees and costs.

DATED: _____, 2020

8290588.1